# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID OPPENHEIMER<br><br>Plaintiff,<br><br>v.<br><br>MAESTRO MUSIC, INC., DANESC, LLC, CLARKSON C. LOGAN, an individual, and DANIEL D. ESCOBAR, an individual,<br><br>Defendants. | CIVIL ACTION NO.<br>1:14-CV-04066-AT |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, David Oppenheimer, Plaintiff in the above-styled matter and shows the Court as follows:

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:  David Oppenheimer, Maestro Music, Inc., DANESC, LLC, Clarkson C. Logan, and Daniel D. Escobar.

1

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Evan A. Andersen and Carolyn E. Wright of the Law Office of Carolyn E. Wright, LLC.

Submitted this 26th day of December, 2014.

    Respectfully submitted,

**LAW OFFICE OF CAROLYN E. WRIGHT, LLC**

s/ Evan A. Andersen

_____
EVAN A. ANDERSEN
Georgia Bar No. 377422
CAROLYN E. WRIGHT
Georgia Bar No. 777718

P.O. Box 250208
Atlanta, GA  30325
404-496-6606 (telephone)
775-580-7322 (facsimile)
evan@photoattorney.com
carolyn@photoattorney.com

*Counsel for Plaintiff Oppenheimer*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1.C**

Counsel for Plaintiff Oppenheimer hereby certifies that this pleading was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1.C.

This 26th day of December, 2014.

                                Respectfully submitted,

                                **LAW OFFICE OF CAROLYN E. WRIGHT, LLC**

                                s/ Evan A. Andersen

                                _____
                                EVAN A. ANDERSEN
                                Georgia Bar No. 377422
                                CAROLYN E. WRIGHT
                                Georgia Bar No. 777718

P.O. Box 250208
Atlanta, GA 30325
404-496-6606 (telephone)
775-580-7322 (facsimile)
evan@photoattorney.com
carolyn@photoattorney.com

*Counsel for Plaintiff Oppenheimer*